UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     22 CR 528 (VB)
XAVIER SIMMS,                     :
         Defendant.               :
------------------------------------------------------x

This case has been reassigned from Judge Halpern to the undersigned. Sentencing is currently scheduled for April 20, 2023, at 2:00 p.m. The Court is able to accommodate the parties on that date and time. However, the Court is also willing to advance the sentencing to an earlier date. Accordingly, by January 20, 2023, the parties shall submit a joint letter advising the Court either that the sentencing should remain scheduled for April 20, 2023, or that the parties would like to advance the sentencing date. If the parties would like advance sentencing they should propose three possible dates and times on which they are available.

Dated: January 11, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge