USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/26

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

April 28, 2026

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 4/30/26
White Plains, NY

<u>BY ECF</u>
The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:    *United States v. Xavier Simms*, 22 Cr. 528 (VB)

Dear Judge Briccetti:

The Government respectfully writes to inform the Court that defendant Xavier Simms was arrested on April 16, 2026 in the Western District of Pennsylvania pursuant to the February 11, 2026 arrest warrant issued by the Court, which was previously filed under seal. (*See* Dkt. Nos. 52, 53.) Simms has been remanded into BOP custody to serve the remainder of his sentence of imprisonment.

In light of Simms's arrest, there is no continued need for the sealing of the Government's February 10, 2026 letter request or the Court's February 11, 2026 arrest warrant, and those documents may now be unsealed. Accordingly, the Government respectfully requests that those entries be ordered unsealed.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    Christian Ronald

Christian B. Ronald
Assistant United States Attorney
(212) 637-2417